Ruffin, C. J.
 

 The Court is of opinioh that the State is
 
 *232
 
 entitled to judgment against the defendants. In ordinary parlance, adultery is an aggravated species of fornication : both involving an illicit co-habitation between the sexes ; but the }attea, jg constituted, where the parties are single, or, at least, one of them; while the former imports a violation of the marriage bed. It is true, that the signification of the words, as generally received, would not be material if it were perceived that they were used by the Legislature in a peculiar and different sense; for example, as meaning precisely the same thing, instead of different modifications of an offence of the same general nature. But the language of the Legislature renders it clear, that those terms are used in the statute according to their common acceptation. The Act begins with the words, “
 
 the crimes ”
 
 (in the plural number) “ of fornication
 
 and
 
 adultery &c.” and concludes by enacting, “ that any person convicted of
 
 either
 
 of the
 
 aforesaid offen-ces,
 
 shall be fined &c.” An acquittal of one is therefore not necessarily an acquittal of the other; but the parties may be pmrished for that particular grade of the offence, of which the jury finds them guilty.
 

 This will accordingly be so certified to the Superior Court, that judgment may be rendered on the conviction.
 

 Per Curiam, Ordered accordingly.